UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICHARD KING**                                                                                    **CIVIL ACTION**

**VERSUS**                                                                                           **NO. 09-3473**

**BURL CAIN, WARDEN**                                                                **SECTION "B"(2)**

### CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____    a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

  **XXX**    a certificate of appealability shall not be issued for the following reason(s):

Petitioner fails to show a denial of a constitutional right.  See Record Document Number 15.

New Orleans, Louisiana, this 21st day of March, 2011.

_[signature]_
_____
UNITED STATES DISTRICT JUDGE